IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In re

FIRST STATE BANCORPORATION,

      Debtor.

No. 7-11-11916 JA

LINDA S. BLOOM, as Chapter 7 Trustee
for First State Bancorporation,

      Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver for
First Community Bank,

      Defendant.

Adversary No. 13-1033 J

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver for
First Community Bank,

      (proposed) Appellant,

v.

LINDA S. BLOOM, as Chapter 7 Trustee
for First State Bancorporation,

      (proposed) Appellee.

USDC Appeal Case No.
CV 14-802 KG/CG

## ORDER DENYING MOTION FOR LEAVE TO FILE REPLY

**THIS MATTER** is before the Court on the *Trustee's Motion for Leave to File Limited Reply in Support of Objection to the Proposed Findings and Recommended Disposition* ("Motion"), (Doc. 23), filed January 9, 2015. During the briefing of the Motion, the Court was

notified that the parties had reached a negotiated resolution in this matter. (*See* Doc. 25). Closing documents are due to the Court no later than September 8, 2015. (Doc. 32). Therefore, the Motion will now be denied as **MOOT**.

      **IT IS THEREFORE ORDERED** that the *Trustee's Motion for Leave to File Limited Reply in Support of Objection to the Proposed Findings and Recommended Disposition*, (Doc. 23), be **DENIED**.

_____
UNITED STATES DISTRICT JUDGE