# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:<br>FIRST STATE BANCORPORATION,<br>          Debtor. | CASE NO. 14-CV-00802-KG-CG |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for First Community Bank,<br>          (proposed) Appellant,<br>   v.<br>LINDA S. BLOOM, as Chapter 7 Trustee for First State Bancorporation,<br>          (proposed) Appellee. | BK Case No. 7-11-11916 JA<br>Adv. Proc. No. 13-1033 J |

**ORDER APPROVING STIPULATION TO WITHDRAW**
**FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST**
**COMMUNITY BANK'S MOTION FOR LEAVE TO APPEAL INTERLOCUTORY**
**ORDER AND DISMISS THE ACTION**

On September 18, 2015, the Federal Deposit Insurance Corporation in its capacity as receiver for First Community Bank ("FDIC-R") and Linda S. Bloom in her capacity as chapter 7 trustee for the bankruptcy estate of First State Bancorporation ("Trustee") stipulated and agreed to FDIC-R's withdrawal of its Motion for Leave to Appeal Interlocutory Order (the "Motion") and the dismissal of this action.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Rule 7.7 of the Local Rules of Civil Procedure of the United States District Court for the District of New Mexico, and the aforementioned stipulation of the parties, the Court orders as follows:

1. The Court APPROVES FDIC-R's withdrawal of the Motion and

2. The Court DISMISSES this action with prejudice.

Dated: September 21, 2015.

_____
**UNITED STATES DISTRICT JUDGE**